THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHESTER B. SMITH, Respondent.

Argued May 25, 1949; decided June 3, 1949.

*Lindsay R. Henry, District Attorney (Harry C. Brenner* of counsel), for appellant.

*Nathaniel L. Goldstein, Attorney-General (Irving I. Waxman* and *Wendell P. Brown* of counsel), for appellant and as *amicus curiæ.*

*Jules B. St. Germain* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.